SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FARID NEMATI, | ) | No. C 07-5818 MMC |
|         Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION TO DISMISS; and** [~~PROPOSED~~] **ORDER** |
| MICHAEL CHERTOFF, Secretary; EMILIO T. GONZALEZ, Director, CIS; ROSEMARY MELVILLE, District Director; FRANCIS SICILIANO, Field Office Director, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigations, | ) ) ) ) ) ) ) ) | |
|         Defendants. | ) ) | |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-5818 MMC                               1

1 | Date: January 3, 2008

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: January 3, 2008

_____/s/_____
EDWARD R. LITWIN
CHRISTINA H. LEE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 4, 2008

_____
MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss
C07-5818 MMC                    2